1010

[No. 48183-9-II.   Division Two.   December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH ADAIR DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00526-3, Erik D. Price, J., entered October 22, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 48406-4-II.   Division Two.   December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL SCOTT BICKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00746-1, Nelson E. Hunt, J., entered December 2, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48777-2-II.   Division Two.   December 13, 2016.]

*In the Matter of the Dependency of* J.A.G.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-7-00389-5, Leila Mills, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 33965-3-III.   Division Three.   December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON J. PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-01430-8, John O. Cooney, J., entered December 17, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.